**No. 53796.**—The Balto. & Ohio R. R. Co. v. United States, protests 983142–G, etc. (Baltimore).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of pressed glassware similar in all material respects to that the subject of Abstract 52952, the claim of the plaintiff was sustained.

**No. 53797.**—Hutzler Brothers Co. v. United States, petition 6648–R (Baltimore).

Opinion by OLIVER, C. J. From the testimony presented it appeared that at the time of entry the petitioner had not received notification from any source as to an increase in price for the merchandise and the record indicated that petitioner had no information in its possession relative to the valuation of the goods other than that stated in the consular invoices. On the record presented it was held that the petitioner acted without intention to conceal or misrepresent the facts and that it did not intend to defraud the revenue of the United States or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

COLE, J., concurring.

**No. 53798.**—Casa Elsasser v. United States, petition 6670–R (Tampa).

Opinion by OLIVER, C. J. A partner of the petitioner testified that at the time of purchase the exporter allowed him a 5 percent discount, the consular invoice and the commercial invoice both indicating the discount in question; that the shipment was one of the first importations made by the petitioner and at that time he did not know whether or not duty should be paid on the purchase price; and that entry was made at the price paid for the merchandise. On the record presented it was held that the petitioner acted without intention to conceal or misrepresent the facts and that it did not intend to defraud the revenue of the United States or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

COLE, J.; concurring.